```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 11786
    DARRIN MALONE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0392


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/02/2007 and was confirmed 09/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NEIGHBORHOOD AUTO          SECURED VEHIC    5195.00          491.96        234.65
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00           .00
CHICAGO TRIBUNE            UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED        4325.00            .00           .00
COMPUTER CREDIT            UNSECURED        NOT FILED          .00           .00
CREDIT COLLECTION SERVIC   UNSECURED        NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   UNSECURED        NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   UNSECURED        NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   UNSECURED        NOT FILED          .00           .00
ILLINOIS TITLE LOANS       UNSECURED        NOT FILED          .00           .00
EBAY/NCO FINANCIAL SYSTE   UNSECURED        NOT FILED          .00           .00
OSI COLLECT                UNSECURED        NOT FILED          .00           .00
OSI COLLECT                UNSECURED        NOT FILED          .00           .00
PEOPLES GAS & LIGHT        UNSECURED        NOT FILED          .00           .00
RMI/MCSI                   UNSECURED        NOT FILED          .00           .00
RMI/MCSI                   UNSECURED        1000.00            .00           .00
RMI/MCSI                   UNSECURED        NOT FILED          .00           .00
RMI/MCSI                   UNSECURED        NOT FILED          .00           .00
TRUGREEN CHEMLAWN          UNSECURED        NOT FILED          .00           .00
DARRIN WILSON              NOTICE ONLY      NOT FILED          .00           .00
RENT A CENTER              NOTICE ONLY      NOT FILED          .00           .00
NEIGHBORHOOD AUTO          UNSECURED        1568.00            .00           .00
COMMONWEALTH EDISON        UNSECURED        3704.33            .00           .00
CHANTELL HOWARD            NOTICE ONLY      NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS      NOT FILED          .00           .00
KIMBERLY LEE MALONE        NOTICE ONLY      NOT FILED          .00           .00
TRENA RANDOLPH             NOTICE ONLY      NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                      1,478.47
TOM VAUGHN                 TRUSTEE                                          166.82
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11786 DARRIN MALONE
```

```
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      2,371.90

PRIORITY                                                  .00
SECURED                                                234.65
    INTEREST                                           491.96
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,478.47
TRUSTEE COMPENSATION                                   166.82
DEBTOR REFUND                                             .00
                          ---------------     ---------------
TOTALS                       2,371.90              2,371.90
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE